IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>         Plaintiff,   )<br>  )<br>   v.   )<br>  )<br>PERRY HOMES, INC.,   )<br>  )<br>         Defendant.   )<br>  ) | Civ. Action No. 2:22-cv-00526-CRE<br><br>Chief Magistrate Judge<br>Cynthia Reed Eddy |

**PLAINTIFF'S NOTICE ON CONSOLIDATION**

On July 23, 2021, Plaintiff United States of America filed a Complaint against Defendants Perry Homes, Inc., Allyson Whittington, and Robert Whittington in the matter of *United States v. Perry Homes, Inc.*, alleging that the defendants violated Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. §§ 3601-3619.  Case No. 2:21-cv-0977-CRE, ECF No. 1.  The Complaint was brought on behalf of the Southwestern Pennsylvania Legal Services, Inc., a non-profit legal aid organization, concerning the rental of multi-unit housing facilities in Cranberry, Harmony, and Zelienople, Pennsylvania.  *Id.* at ¶¶ 5, 12. The United States amended the Complaint on October 8, 2021.  ECF No. 17.  Defendants moved to dismiss the Amended Complaint and the motion is fully briefed.  ECF No. 19.

On April 5, 2022, the United States filed a Complaint in this matter, alleging that Perry Homes, Inc. violated the Fair Housing Act with respect to three tenants at one of their properties in Cranberry, Pennsylvania.  ECF No. 1.  The United States identified the previously-filed case as a related matter on the Civil Cover Sheet.  ECF No. 1-1.  On April 7, 2022, the Court entered an Order to Show Cause noting that "it appears that these matters involve a common question of law

or fact" pursuant to Federal Rule of Civil Procedure 42(a). ECF No. 4. The United States agrees that the cases involve common questions of law or fact, and, hereby advises the Court that it believes the matters should be consolidated in the same action, and requests that the Court do so for all pre-trial matters, and trial if necessary.

Dated: April 13, 2022

                                                        Respectfully submitted,

                                                        MERRICK B. GARLAND
                                                        Attorney General

| | |
|---|---|
| CINDY K. CHUNG<br>United States Attorney<br>Western District of Pennsylvania | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| ___/s/ Jacqueline Brown_____<br>JACQUELINE C. BROWN<br>Assistant United States Attorney<br>Civil Division<br>Office of the U.S. Attorney<br>Western District of Pennsylvania<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>Tel: (412) 894-7565<br>Fax: (412) 644-6995<br>E-mail: jacqueline.c.brown@usdoj.gov<br>PA Bar No. 330010 | ____/s/ Beth Pepper_____<br>SAMEENA SHINA MAJEED<br>Chief, Housing and Civil Enforcement Section<br>CATHERINE A. BENDOR<br>Special Litigation Counsel<br>BETH PEPPER<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20002<br>Tel: (202) 340-0916<br>E-mail: Beth.Pepper@usdoj.gov |

*Attorneys for Plaintiff United States of America*