IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 2:21-cv-977 |
| | ) | |
| PERRY HOMES, INC., | ) | |
| ALLYSON WHITTINGTON, and | ) | |
| ROBERT WHITTINGTON, | ) | The Hon. District Judge |
| | ) | Marilyn J. Horan |
| | ) | |
| Defendants. | ) | The Hon. Chief Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 2:22-cv-526 |
| | ) | |
| PERRY HOMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO APPROVE AND ENTER PROPOSED CONSENT ORDER

Plaintiff United States of America and Defendants Perry Homes, Inc., Allyson Whittington and Robert Whittington move the Court to approve the attached Proposed Consent Order resolving two actions Civil Action No. 2:21-cv-977 and Civil Action No. 2:22-cv-526, and to enter the Consent Order as the Judgment of the Court as to all Parties. The grounds for this Motion are set forth in the attached Proposed Consent Order.

Dated: December 27, 2022                        Respectfully submitted,

| | |
|---|---|
| CINDY K. CHUNG | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Western District of Pennsylvania | Civil Rights Division |

___/s/ Jacqueline Brown_____                    ___/s/ Beth Pepper_____
JACQUELINE C. BROWN                                 SAMEENA SHINA MAJEED
Assistant United States Attorney                    Chief, Housing and Civil Enforcement Section
Civil Division                                      CATHERINE A. BENDOR
Office of the U.S. Attorney                         Special Litigation Counsel
Western District of Pennsylvania                    BETH PEPPER
700 Grant Street, Suite 4000                        Trial Attorney
Pittsburgh, PA 15219                                Housing and Civil Enforcement Section
Tel: (412) 894-7565                                 Civil Rights Division
Fax: (412) 644-6995                                 U.S. Department of Justice
E-mail: jacqueline.c.brown@usdoj.gov                150 M Street, NE
PA Bar No. 330010                                   Washington, DC  20002
                                                    Tel: (202) 340-0916
                                                    E-mail: Beth.Pepper@usdoj.gov

*Attorneys for Plaintiff United States of America*


___/s/ Richard Hunt_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com
*PRO HAC VICE*

HUNT HUEY PLLC
3010 Mountain Ash Court
Garland, Texas 75044
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

ATTORNEYS FOR DEFENDANTS